DARGAN M. WARE (SBN 329215)
dware@davisnorris.com
JOHN E. NORRIS*
jnorris@davisnorris.com
WESLEY W. BARNETT*
wbarnett@davisnorris.com
**DAVIS & NORRIS LLP**
The Bradshaw House
2154 Highland Avenue South
Birmingham, Alabama 35205

L. TIMOTHY FISHER (SBN 191626)
ltfisher@bursor.com
**BURSOR & FISHER, P.A.**
1990 North California Blvd., 9th Floor
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700

JOSEPH I. MARCHESE*
jmarchese@bursor.com
JULIAN C. DIAMOND**
jdiamond@bursor.com
MATTHEW A. GIRARDI**
mgirardi@bursor.com
**BURSOR & FISHER, P.A.**
1330 Avenue of the Americas, Fl. 32
New York, New York 10019
Telephone: (646) 837-7150
Facsimile: (212) 989-9163

*Attorneys for Plaintiffs*

*\* pro hac vice forthcoming*
*\*\* admitted pro hac vice*

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RENIKA WILLIAMS, individually and as next friend of minor Plaintiff, D.K., and on behalf of all others similarly situated,<br><br>          Plaintiff,<br> v.<br><br>MOON ACTIVE LTD,<br><br>          Defendant. | Case No. 4:25-CV-01626-YGR<br><br>**DECLARATION OF MATTHEW A. GIRARDI IN SUPPORT OF PLAINTIFF'S MOTION FOR RECONSIDERATION OF ORDER GRANTING DEFENDANT'S MOTION TO COMPEL ARBITRATION AND STAY PROCEEDINGS**<br><br>Judge:  Hon. Yvonne Gonzalez Rogers |

I, Matthew A. Girardi, hereby declare:

1.    I am a member in good standing of the New York State Bar.  I am an associate at Bursor & Fisher, P.A., and I admitted *pro hac vice* in this action.  My firm represents the plaintiff in the above-captioned action. I submit this declaration in support of Plaintiff's Motion for Reconsideration of Order Granting Defendant's Motion to Compel Arbitration and Stay Proceedings.  I make this declaration based on my personal knowledge, and if called to testify, I could and would competently testify to the matters contained herein.

2.    On January 15, 2026, I emailed the letter attached hereto as **Exhibit A** to Behnam Dayanim, and Gregory Beaman, counsel for Defendant in the above-captioned action.

I declare under penalty of perjury under the laws of the State of California that the above and foregoing is true and accurate. Executed this 4th day of February, 2026 in White Plains, New York.

Matthew A. Girardi

GIRARDI DECL. ISO OPP. TO MOTION FOR RECONSIDERATION                                    1
CASE NO. 4:25-CV-01626-YGR

**EXHIBIT A**

# BURSOR & FISHER
## P.A.

**1330 Avenue of the Americas**
**New York, NY 10019**
**www.bursor.com**

JOSEPH I MARCHESE
Tel: **646.837.7410**
Fax: **925.407.2700**
jmarchese@bursor.com

January 15, 2026

<u>*Via Email*</u>

Behnam Dayanim
Gregory Beaman
Fredrick Levin
Orrick, Herrington & Sutcliffe
2100 Pennsylvania Avenue NW
Washington, D.C. 20037
Email: bdayanim@orrick.com
          gbeaman@orrick.com
          flevin@orrick.com

*Re:*    ***Williams v. Moon Active Ltd., 4:25-cv-01626-YGR (N.D. Cal.)***

Dear Moon Active Ltd.:

I write on behalf and at the direction of Plaintiff D.K. ("Plaintiff") in the above-referenced matter. Plaintiff and Plaintiff's family have all deleted the CoinMaster application from all of their devices. Plaintiff also declares that she will not redownload the CoinMaster application or intentionally interact with any product or application associated with Defendant Moon Active Ltd. ("Defendant") in the future. At the time of this letter, Plaintiff hereby states that she disaffirms any agreement to arbitrate any claims or issues between themself and defendant, including but not limited to the extent that any such provision is severable from any other contract, disaffirmed or otherwise. Plaintiff likewise disaffirms any agreement with Defendant to delegate questions of arbitrability to any arbitrator, including but not limited to the extent that any such provision is severable from any other contract, disaffirmed or otherwise.

To the extent that it is at all severable from the Moon Active Terms of Service and not covered by the *supra* disaffirmations, Plaintiff specifically disaffirms Section 21 of the Moon Active Terms of Service, titled "21. Dispute Resolution and Agreement to Arbitrate on an Individual Basis"[1] including but not limited to any agreement between Plaintiff and Defendant to arbitrate disputes generally, any agreement between Plaintiff and Defendant to arbitrate any "[d]ispute concerning the enforceability, validity, scope or severability of [any] agreement to arbitrate[.]"

---

[1] https://www.moonactive.com/terms/

Finally, for the avoidance of doubt, unambiguously states that she hereby disaffirms any agreement to arbitrate anything whatsoever, dispute or otherwise, between herself and Defendant.

Very truly yours,

Joseph I. Marchese